United States Courts
Southern District of Texas
FILED

*May 13, 2021*

Nathan Ochsner, Clerk of Court

Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____  Chapter __7__

☐ Check if this is an
amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Winning Solutions Real Estate LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | __ __ – __ __ __ __ __ __ __ | |
| 4. Debtor's address | **Principal place of business**<br><br>3583 Mustang Ridge Lane<br>Number       Street<br><br>Pearland, TX 77584<br>City            State      ZIP Code<br><br>Brazoria<br>County | **Mailing address, if different from principal place of business**<br><br>Number       Street<br><br>P.O. Box<br><br>City            State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br>City            State      ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor     Winning Solutions Real Estate LLC _____     Case number (if known) _____
           Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .
   ___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
        District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor  Chike Mordi and Chinenye Ozougwu     Relationship  personal / joint
       District  Southern District of Texas          When         7/1/2020
                                                                  MM / DD / YYYY
       Case number, if known  20-33367

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor   Winning Solutions Real Estate LLC                                                    Case number (if known) _____
         Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (Check all that apply.) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | Where is the property? _____ |
| | |                           Number    Street |
| | |                           _____ |
| | |                           City                          State   ZIP Code |
| | | Is the property insured? |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |         Contact name   _____ |
| | |         Phone          _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds? | Check one: |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | Estimated number of creditors | ☑ 1-49  ☐ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000 |
| | | ☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                  ☐ More than 100,000 |
| 15. | Estimated assets | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor     Winning Solutions Real Estate LLC _____     Case number (if known) _____
           Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/08/2021
              MM/ DD/ YYYY

X   /s/ Randy Williams                                            Randy Williams
    Signature of authorized representative of debtor              Printed name

Title    Chapter 7 Trustee in Case No. 20-33367-H4

18. **Signature of attorney**

X   /s/ Brendon Dane Singh                         Date   04/08/2021
    Signature of attorney for debtor                      MM/ DD/ YYYY

Brendon Dane Singh
Printed name

TRAN.SINGH, LLP
Firm name

1010 Lamar Street Ste 1160
Number        Street

Houston                                            TX            77002
City                                               State         ZIP Code

(832) 975-7300                                     bsingh@ts-llp.com
Contact phone                                      Email address

24075646                                           TX
Bar number                                         State

Debtor   Winning Solutions Real Estate LLC   Case number *(if known)*_____
         Name

### Additional Page

**10. Continued**

| | |
|---|---|
| Debtor  Insight Vision Care, P.C. | Relationship  business |
| District  Southern District of Texas | When  6/29/2020 |
| Case number, if known  20-33290-H5 | MM / DD / YYYY |