

TRAN**SINGH** LLP
ATTORNEYS AT LAW
1010 Lamar Street | Suite 1160
Houston, Texas 77002
(T) 832.975.7300
(F) 832.975.7301
www.ts-llp.com

May 10, 2021

U.S. Bankruptcy Court
312 S. Main, Room 406
Victoria, TX 77901

*Re: Filing Chapter 7 Bankruptcy Case Pro Se*

To Whom It May Concern:

Please find encolsed a Chapter 7 Voluntary Petition for Winning Solutions Real Estate LLC along with an order signed by Judge Christopher Lopez granting permission for Winning Solutions Real Estate, LLC to file this Chapter 7 bankruptcy case. Please file this Chapter 7 bankruptcy case for Winning Solutions Real Estate, LLC. Winning Solutions Real Estate, LLC will be filing this bankruptcy case *Pro Se*.

Also enclosed is a cashier's check in the amount of $338, the filing fee for a Chapter 7 bankruptcy. Please use this cashier's check as payment to file this Chapter 7 bankruptcy case. Please call our office if you have any questions.

DATED: May 10, 2021

                                                Sincerely,

                                                **TRAN SINGH LLP**
                                                */s/Brendon Singh*
                                                Susan Tran | TBN: 24075648
                                                Brendon Singh | TBN: 24075646
                                                Briana Head | TBN: 24114958
                                                2502 La Branch St.
                                                Houston TX 77004
                                                Ph: (832) 975-7300
                                                Fax: (832) 975-7301
                                                bsingh@ts-llp.com

                              **ATTORNEY FOR RANDY WILLIAMS**
                              **CHAPTER 7 TRUSTEE**

Enclosed:
1) Chapter 7 Voluntary Petition for Winning Solutions Real Estate, LLC
2) Order Granting Authority to Commence Bankruptcy Case
3) Cashier's Check in the amount of $338