

ENTERED
03/24/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHIKE MORDI, *et al.* | § | CASE NO. 20-33367-H4 |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

### AMENDED ORDER GRANTING AUTHORITY TO COMMENCE BANKRUPTCY CASE ON BEHALF OF WINNING SOLUTIONS REAL ESTATE, LLC

(Relates to Docket No. 33)

CAME ON FOR CONSIDERATION, the Emergency Motion for Authority to Commence Bankruptcy Case on behalf of Winning Solutions Real Estate, LLC. Accordingly, the Court finds sufficient cause to grant the emergency relief requested. It is therefore:

1. **ORDERED** that authority is granted to commence a bankruptcy case on behalf of Winning Solutions Real Estate, LLC.

Signed: March 24, 2021

_____
Christopher Lopez
United States Bankruptcy Judge