| Fill in this information to identify the case: |
| --- |

Debtor name      Winning Solutions Real Estate LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):      21-60050

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand** |  

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1   Capital One Bank | Checking account | 7635 | (Unknown) |

**Additional Page Total** - *See continuation page for additional entries*      **$92,604.05**

**4. Other cash equivalents** *(Identify all)*
     **None**

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$92,604.05**

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
     **None**

Debtor   __Winning Solutions Real Estate LLC_____   Case number *(if known)* ____**21-60050**____
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.       **$0.00**

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:    **$10,541.67** - **$0.00** = ...... → **$10,541.67**
                         face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:           -      = ...... →
                         face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       **$10,541.67**

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                           **Valuation method used for current value**       **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:              % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

None

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor     **Winning Solutions Real Estate LLC**       Case number *(if known)*     **21-60050**
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

    None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

    None

**31. Farm and fishing supplies, chemicals, and feed**

    None

**32. Other farming and fishing-related property not already listed in Part 6**

    None

**33. Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.            **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

---

Debtor    __Winning Solutions Real Estate LLC_____    Case number *(if known)* _____**21-60050**_____
　　　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| None | | | |
| **40.** **Office fixtures** | | | |
| None | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| None | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**　Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor __Winning Solutions Real Estate LLC_____ Case number *(if known)* __21-60050__
        Name

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                          **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1 **12190 Plank Road (LA)** | Fee Simple | (Unknown) | Taxing Value | $1,596,500.00 |
| 55.2 **225 East Loop (TX)** | Fee Simple | (Unknown) | Taxing Value | $900,114.00 |
| 55.3 **701 Roosevelt Ave. (AL)** | Fee Simple | (Unknown) | Taxing Value | $498,600.00 |
| 55.4 **Harbor Hills Drive (TX)** | Fee Simple | (Unknown) | | (Unknown) |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.        **$2,995,214.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

Debtor   **Winning Solutions Real Estate LLC** _____   Case number *(if known)* _____ **21-60050**
Name

---

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                   $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor   **Winning Solutions Real Estate LLC**                                Case number *(if known)*        **21-60050**
                    Name

---

## Part 11:   All other assets

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      ☑ No. Go to Part 12.
      ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

      **None**

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **None**

73.   **Interests in insurance policies or annuities**

      **None**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **None**

75.   **Other contingent and unliquidated claims or causes of action of every nature,
      including counterclaims of the debtor and rights to set off claims**

      **None**

76.   **Trusts, equitable or future interests in property**

      **None**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **None**

78.   **Total of Part 11**
      Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

Debtor    **Winning Solutions Real Estate LLC**                                                       Case number *(if known)*    **21-60050**
　　　　　Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $92,604.05 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $10,541.67 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ → | | $2,995,214.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.*                          **+** | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column......  **91a.** | $103,145.72     **+** 91b. | $2,995,214.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................. | | $3,098,359.72 |

| Debtor | **Winning Solutions Real Estate LLC** | Case number *(if known)* | **21-60050** |
|---|---|---|---|
| | Name | | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **Wells Fargo** | **Checking account** | **4358** | **$94.88** |
| 3.3 **Compass Bank** | **Checking account** | **2187** | **$2,079.66** |
| 3.4 **Orgin Bank** | **Checking account** | **6886** | **$866.17** |
| 3.5 **Regions Bank** | **Checking account** | **2614** | **$923.00** |
| 3.6 **Signature Bank** | **Checking account** | **3742** | **$88,545.99** |
| 3.7 **Wells Fargo** | **Savings account** | **0275** | **$94.34** |
| 3.8 **Capital One Bank** | **Savings account** | **3786** | **$0.01** |

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest - *Continued***

| | | | | |
|---|---|---|---|---|
| 55.4 **Harbor Hills Drive (TX)** | **Fee Simple** | **(Unknown)** | | **(Unknown)** |

**Fill in this information to identify the case:**

Debtor name _____ Winning Solutions Real Estate LLC _____

United States Bankruptcy Court for the: _____

Southern District of Texas _____

Case number (if known): _____ 21-60050 _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Creditor's name** <br> Capital One <br><br> **Creditor's mailing address** <br> Attn: Bankruptcy <br> PO Box 30285 <br> Salt Lake City, UT 84130-0285 <br><br> **Creditor's email address, if known** <br><br> **Date debt was incurred** _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No. <br> ☑ Yes. Specify each creditor, including this creditor, and its relative priority. <br>    **1) Capital One** <br>    2) Newtek Small Business Finance LLC | **Describe debtor's property that is subject to a lien** <br> 12190 Plank Road (LA) <br> 12190 Plank Road Baton Rouge, LA 70811 <br> **Describe the lien** _____ <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes. <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | $944,909.84 | $1,596,500.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$6,650,450.76

| Debtor | Winning Solutions Real Estate LLC | Case number (if known) | 21-60050 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.2**

**Creditor's name**

Citizens National Bank

**Creditor's mailing address**

Mexia Branch

405 E. Milam St., P.O. Box #110

Mexia, TX 76667

**Creditor's email address, if known**

**Date debt was incurred**      4/15/2016

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Citizens National Bank**

    2) Freestone County

    3) Newtek Small Business Finance LLC

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

225 East Loop (TX)
225 East Loop Teague, TX 75860

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

|  | $592,283.16 | $900,114.00 |
|---|---|---|

**Remarks:** Loan No. 8875782

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3**

**Creditor's name**

Freestone County

**Describe debtor's property that is subject to a lien**

225 East Loop (TX)
225 East Loop Teague, TX 75860

$41,872.11          $900,114.00

**Creditor's mailing address**

PO Box 257

Fairfield, TX 75840

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account number**      __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.2____

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $4,551,000.00 | $2,995,214.00 |
|---|---|---|---|---|

**Creditor's name**
Newtek Small Business Finance LLC

**Describe debtor's property that is subject to a lien**

12190 Plank Road (LA)
12190 Plank Road Baton Rouge, LA 70811

**Creditor's mailing address**
1981 Marcus Ave 130
Lake Success, NY 11042

701 Roosevelt Ave. (AL)
701 Rossevelt Ave. Selma, AL 36701

225 East Loop (TX)
225 East Loop Teague, TX 75860

**Creditor's email address, if known**

**Describe the lien**
promissory note

**Date debt was incurred**      12/27/2018

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**For Asset:**
**12190 Plank Road (LA)**
**12190 Plank Road Baton Rouge, LA 70811**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**701 Roosevelt Ave. (AL)**
**701 Rossevelt Ave. Selma, AL 36701**
☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) Signature Bank

   **2) Newtek Small Business Finance LLC**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**225 East Loop (TX)**
**225 East Loop Teague, TX 75860**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.2____

**Remarks:** Loan No: PLP-33575670-05

Debtor    Winning Solutions Real Estate LLC      Case number *(if known)*    21-60050
Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5** **Creditor's name**

Signature Bank

**Creditor's mailing address**

6065 Roswell Rd. 110

Atlanta, GA 30328

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**    0   7   2   6

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines   2.4

**Describe debtor's property that is subject to a lien**     $517,724.80     $498,600.00

701 Roosevelt Ave. (AL)
701 Roosevelt Ave. Selma, AL 36701

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.6** **Creditor's name**

United Wholesale

**Creditor's mailing address**

Attn: Bankruptcy

585 South Blvd E

48341

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

     ☑ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**     $2,660.85     unknown

Harbor Hills Drive (TX)
Harbor Hills Drive Houston, TX 77054

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ruzinsky, Bruce J.<br>1401 McKinney 1900<br>Houston, TX 77010 | Line ___2.1___ | ___ ___ ___ ___ |
| Ritcheson, Scott<br>821 E Southeast Loop 323 530<br>Tyler, TX 75701 | Line ___2.2___ | ___ ___ ___ ___ |
| Meyers, Robert<br>P.O. Box 1669<br>Waco, TX 76703 | Line ___2.3___ | ___ ___ ___ ___ |
| Mayer, John<br>7700 San Felipe 550<br>Houston, TX 77063 | Line ___2.4___ | ___ ___ ___ ___ |
| Surden, Todd H.<br>6400 Powers Ferry Road NW 400<br>Atlanta, GA 30339 | Line ___2.5___ | ___ ___ ___ ___ |
| Yadlosky, Kristen<br>6400 Powers Ferry Road NW<br>Atlanta, GA 30339 | Line ___2.5___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name      Winning Solutions Real Estate LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):      21-60050

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **Winning Solutions Real Estate LLC**                                      Case number *(if known)*   **21-60050**
         Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

BBVA Compass Bank

Houston Banking Center Northwest

2101 Mangum Rd

Houston, TX 77092-8531

Date or dates debt was incurred

Last 4 digits of account number    2  1  8  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,329.38

---

**3.2** Nonpriority creditor's name and mailing address

Capital One

P.O. Box 5253

Carol Stream, IL 60197

Date or dates debt was incurred

Last 4 digits of account number    7  6  3  5

Remarks: Loan No. 337002070826

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$41,930.01

---

**3.3** Nonpriority creditor's name and mailing address

FD Teauge, TX Holdings, LLC

2439 Kuser Rd.

Hamilton, NJ 08690

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Remarks: Tenant is Family Dollar Stores of TX (July 14, 2011)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.3** Nonpriority creditor's name and mailing address

Orgin Bank

PO Box 1325

Ruston, LA 71273

Date or dates debt was incurred

Last 4 digits of account number    6  8  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$866.17

---

**3.4** Nonpriority creditor's name and mailing address

Plains Capital Bank

2925 Richmond Ave. 100

77098

Date or dates debt was incurred

Last 4 digits of account number    2  5  8  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$19,438.38

---

| Debtor | Winning Solutions Real Estate LLC | | Case number *(if known)* | 21-60050 |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**   Additional Page

---

**3.5**  **Nonpriority creditor's name and mailing address**

Regions Bank

PO Box 11007

Birmingham, AL 35288-0000

Date or dates debt was incurred _____

Last 4 digits of account number    2   6   1   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$888.00

---

**3.6**  **Nonpriority creditor's name and mailing address**

The Hanover Insurance Company

Brown and Joseph LLC

One Pierce Place 770W

Itasca, IL 60143

Date or dates debt was incurred _____

Last 4 digits of account number    5   0   0   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7**  **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK

Attn: Bankruptcy

1 Home Campus MAC X2303-01A

Des Moines, IA 50328

Date or dates debt was incurred _____

Last 4 digits of account number    4   3   5   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$94.88

---

**3.8**  **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK

Attn: Bankruptcy

1 Home Campus MAC X2303-01A

Des Moines, IA 50328

Date or dates debt was incurred _____

Last 4 digits of account number    0   2   7   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$94.34

---

| Debtor | **Winning Solutions Real Estate LLC** | Case number *(if known)* | **21-60050** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $64,641.16 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $64,641.16 |

**Fill in this information to identify the case:**

Debtor name _____ Winning Solutions Real Estate LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 21-60050 _____   Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Dollar General Rent | Dollar General |
| | | 90 months | 701 Rossevelt Ave. |
| | **State the term remaining** | | Selma, AL 36701 |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Family Dollar Rent | Family Dollar |
| | | 90 months | 225 East Loop |
| | **State the term remaining** | | Teague, TX 75860 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Family Dollar Rent | Family Dollar |
| | | 90 months | 12190 Plank Road |
| | **State the term remaining** | | Baton Rouge, LA 70811 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name          Winning Solutions Real Estate LLC |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known):          21-60050 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  CRMOD Lubbock, P.C. | Street / City / State / ZIP Code | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| 2.2  Insight Vision Care, P.C. | Street / City / State / ZIP Code | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| | | Capital One | ☑ D ☐ E/F ☐ G |
| | | Signature Bank | ☑ D ☐ E/F ☐ G |
| | | Orgin Bank | ☐ D ☑ E/F ☐ G |
| 2.3  Mordi, Chike Rotimi | 3583 Mustang Ridge Lane  Street / Pearland, TX 77584  City / State / ZIP Code | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| | | Citizens National Bank | ☑ D ☐ E/F ☐ G |

Debtor   Winning Solutions Real Estate LLC
     Name

Case number *(if known)*   21-60050

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| | | FD Teauge, TX Holdings, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Capital One | ☑ D  ☐ E/F  ☐ G |
| | | Signature Bank | ☑ D  ☐ E/F  ☐ G |
| | | Freestone County | ☑ D  ☐ E/F  ☐ G |
| | | Regions Bank | ☐ D  ☑ E/F  ☐ G |
| | | WELLS FARGO BANK | ☐ D  ☑ E/F  ☐ G |
| 2.4   Ozougwu, Chinenye Oga | 3583 Mustang Ridge Lane<br>Street<br><br>Pearland, TX 77584<br>City         State   ZIP Code | Citizens National Bank | ☑ D  ☐ E/F  ☐ G |
| | | FD Teauge, TX Holdings, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Capital One | ☑ D  ☐ E/F  ☐ G |

Debtor ___Winning Solutions Real Estate LLC_____     Case number *(if known)*_____21-60050_____
      Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| | | Signature Bank | ☑ D ☐ E/F ☐ G |
| | | Freestone County | ☑ D ☐ E/F ☐ G |
| | | Regions Bank | ☐ D ☑ E/F ☐ G |
| | | WELLS FARGO BANK | ☐ D ☑ E/F ☐ G |
| 2.5 Vielma Vision Eyecare Inc. | Street _____ City _____ State ___ ZIP Code ___ | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ City _____ State ___ ZIP Code ___ | | |

Fill in this information to identify the case:

Debtor name _____Winning Solutions Real Estate LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____21-60050_____        Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        **12/15**

Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*................................................................................................................ | $2,995,214.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*............................................................................................................. | $103,145.72

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................................................ | $3,098,359.72

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $6,650,450.76

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................... | $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... | + $64,641.16

4. **Total liabilities**................................................................................................................................................ | $6,715,091.92

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Winning Solutions Real Estate LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 21-60050 _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | unknown<br>$0.00 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $94,242.53 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | unknown<br>$0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Winning Solutions Real Estate LLC | Case number (if known) | 21-60050 |
|--------|-----------------------------------|------------------------|----------|
|        | Name |  |  |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|-----------------------------|-------|-----------------------|--------------------------------------------------------|
| 3.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City          State     ZIP Code | _____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|-----------------------|----------------------------------|
| 4.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|----------------------------|------|-------------------|
| 5.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |

Debtor   Winning Solutions Real Estate LLC                                    Case number *(if known)*          21-60050
         Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ _____ City          State      ZIP Code | XXXX– ___ ___ ___ ___ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | _____ Name _____ Street _____ City          State      ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name _____ Street _____ City          State      ZIP Code | **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | _____ **Court name and address** Name _____ Street _____ City          State      ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

---

Debtor    Winning Solutions Real Estate LLC                            Case number *(if known)*        21-60050
        Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City            State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

## Part 7:   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| | Street | |
| | | |
| | City            State     ZIP Code | |

## Part 8:   Health Care Bankruptcies

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | | | |
| | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State      ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

  Has the plan been terminated?
  ☐ No
  ☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor      Winning Solutions Real Estate LLC                                    Case number *(if known)*          21-60050
            Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  Winning Solutions Real Estate LLC                    Case number *(if known)*        21-60050
        Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor    Winning Solutions Real Estate LLC _____     Case number *(if known)* _____ 21-60050
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| City          State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____   To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

| Name and address | Dates of service |
|---|---|

26b.1.

Name

Street

City                    State            ZIP Code

From _____   To _____

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

Street

City                    State            ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

Street

City                    State            ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor     Winning Solutions Real Estate LLC                         Case number *(if known)*        21-60050
        Name

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                  State         ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
|  |  |  | 0.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | From |
|  |  |  | To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. |  |  |  |

Name

Street

City                  State         ZIP Code

| Relationship to debtor |
|---|

| Debtor | Winning Solutions Real Estate LLC | Case number *(if known)* | 21-60050 |
|---|---|---|---|
| | Name | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/08/2021_____
MM/ DD/ YYYY

**X** /s/ Randy Williams
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
Chapter 7 Trustee in Case No.
20-33367-H4

Printed name _____Randy Williams_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

BBVA Compass Bank
Houston Banking Center Northwest
2101 Mangum Rd
Houston, TX 77092-8531


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
P.O. Box 5253
Carol Stream, IL 60197


Citizens National Bank
Mexia Branch
405 E. Milam St., P.O. Box #110
Mexia, TX 76667


CRMOD Lubbock, P.C.


Dollar General
701 Rossevelt Ave.
Selma, AL 36701


Family Dollar
225 East Loop
Teague, TX 75860


Family Dollar
12190 Plank Road
Baton Rouge, LA 70811

FD Teague, TX Holdings, LLC
2439 Kuser Rd.
Hamilton, NJ 08690


Freestone County
PO Box 257
Fairfield, TX 75840


Insight Vision Care, P.C.


John Mayer
7700 San Felipe 550
Houston, TX 77063


Robert Meyers
P.O. Box 1669
Waco, TX 76703


Chike Rotimi Mordi
3583 Mustang Ridge Lane
Pearland, TX 77584


Newtek Small Business
Finance LLC
1981 Marcus Ave 130
Lake Success, NY 11042


Orgin Bank
PO Box 1325
Ruston, LA 71273

Chinenye Oga Ozougwu
3583 Mustang Ridge Lane
Pearland, TX 77584


Plains Capital Bank
2925 Richmond Ave. 100
77098


Regions Bank
PO Box 11007
Birmingham, AL 35288-0000


Scott Ritcheson
821 E Southeast Loop 323 530
Tyler, TX 75701


Bruce J. Ruzinsky
1401 McKinney 1900
Houston, TX 77010


Signature Bank
6065 Roswell Rd. 110
Atlanta, GA 30328


Todd H. Surden
6400 Powers Ferry Road NW 400
Atlanta, GA 30339


The Hanover Insurance
Company
Brown and Joseph LLC
One Pierce Place 770W
Itasca, IL 60143

United Wholesale
Attn: Bankruptcy
585 South Blvd E
48341


Vielma Vision Eyecare Inc.



WELLS FARGO BANK
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328


WELLS FARGO BANK
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328


Kristen Yadlosky
6400 Powers Ferry Road NW
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

IN RE: **Winning Solutions Real Estate LLC**                              CASE NO 21-60050

                                                                          CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/08/2021_____          Signature _____/s/ Randy Williams_____
                                                                 Randy Williams, Chapter 7 Trustee in Case No. 20-33367-H4