| Information to identify the case: | | |
|---|---|---|
| Debtor | **Winning Solutions Real Estate LLC**<br>Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Southern District of Texas**<br>Case number: **21–60050** | | Date case filed for chapter **7**   **5/13/21** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Winning Solutions Real Estate LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 3583 Mustang Ridge Lane<br>Pearland, TX 77584 | |
| 4. **Debtor's attorney**<br>Name and address | Winning Solutions Real Estate LLC<br>3583 Mustang Ridge Lane<br>Pearland, TX 77584 | Contact phone _____<br>Email: NONE |
| 5. **Bankruptcy trustee**<br>Name and address | Randy Williams<br>TRAN SINGH, LLP<br>2502 La Branch<br>Houston, TX 77002 | Contact phone 8329757300<br>Email: bsingh@ts–llp.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (361) 788–5000<br><br>Date: 6/1/21 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 14, 2021 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–718–6174, passcode 7157382** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court

Southern District of Texas

In re: Case No. 21-60050-cml

Winning Solutions Real Estate LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-6      User: JosephWel      Page 1 of 2
Date Rcvd: Jun 01, 2021      Form ID: 309C      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winning Solutions Real Estate LLC, 3583 Mustang Ridge Lane, Pearland, TX 77584-7443 |
| aty | + | Brendon D Singh, Tran Singh, LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| aty | + | Bruce J Ruzinsky, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| aty | + | Jana Smith Whitworth, Office of United States Trustee, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |
| aty | + | John S Mayer, Ross Banks May Cron & Cavin, PC, 7700 San Felipe, Ste 550, Houston, TX 77063-1618 |
| aty | + | Scott A Ritcheson, Ritcheson, Lauffer, Vincent & Dukes, P.C, 821 ESE Loop 323, Suite 530, Tyler, TX 75701-9779 |
| aty | | Tara LeDay, McCreary Veselka et al, P O Box 1269, Round Rock, TX 78680-1269 |
| tr | + | Randy Williams, TRAN SINGH, LLP, 2502 La Branch, Houston, TX 77004-1028 |
| cr | + | Capital One, N.A., c/o Bruce J. Ruzinsky, Jackson Walker, L.L.P., 1401 McKinney, Suite 1900, Houston, TX 77010-1900 |
| cr | | Freestone County, c/o Tara LeDay, P. O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Newtek Small Business Finance, LLC, 1981 Marcus Ave, Suite 130, Lake Success, NY 11042-1046 |
| cr | + | VeraBank, N.A. f/k/a Citizens National Bank, c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| 11916794 | | BBVA Compass Bank, Houston Banking Center Northwest, 2101 Mangum Rd, Houston, TX 77092-8531 |
| 11916812 | + | Bruce J. Ruzinsky, 1401 McKinney 1900, Houston, TX 77010-4037 |
| 11916798 | + | CRMOD Lubbock, P.C., Dollar General, 701 Rossevelt Ave., Selma, AL 36701-7984 |
| 11916805 | + | Chike Rotimi Mordi, 3583 Mustang Ridge Lane, Pearland, TX 77584-7443 |
| 11916808 | + | Chinenye Oga Ozougwu, 3583 Mustang Ridge Lane, Pearland, TX 77584-7443 |
| 11916797 | + | Citizens National Bank, Mexia Branch, 405 E. Milam St., P.O. Box #110, Mexia, TX 76667-0110 |
| 11916801 | + | FD Teauge, TX Holdings, LLC, 2439 Kuser Rd., Hamilton, NJ 08690-3303 |
| 11916799 | | Family Dollar, 225 East Loop, Teague, TX 75860 |
| 11916800 | + | Family Dollar, 12190 Plank Road, Baton Rouge, LA 70811-1033 |
| 11916802 | + | Freestone County, PO Box 257, Fairfield, TX 75840-0005 |
| 11916803 | + | Insight Vision Care, P.C., John Mayer, 7700 San Felipe 550, Houston, TX 77063-1618 |
| 11916819 | + | Kristen Yadlosky, 6400 Powers Ferry Road NW, Atlanta, GA 30339-2907 |
| 11916806 | + | Newtek Small Business, Finance LLC, 1981 Marcus Ave 130, Lake Success, NY 11042-1046 |
| 11916807 | + | Orgin Bank, PO Box 1325, Ruston, LA 71273-1325 |
| 11916809 | + | Plains Capital Bank, 2925 Richmond Ave. 77098-1032 |
| 11916804 | + | Robert Meyers, P.O. Box 1669, Waco, TX 76703-1669 |
| 11916811 | + | Scott Ritcheson, 821 E Southeast Loop 323 530, Tyler, TX 75701-9779 |
| 11916813 | + | Signature Bank, 6065 Roswell Rd. 110, Atlanta, GA 30328-4034 |
| 11916815 | + | The Hanover Insurance Company, Brown and Joseph LLC, One Pierce Place 770W, Itasca, IL 60143-1253 |
| 11916814 | + | Todd H. Surden, 6400 Powers Ferry Road NW 400, Atlanta, GA 30339-2986 |
| 11916816 | + | United Wholesale, Attn: Bankruptcy, 585 South Blvd E 48341-3163 |
| 11916844 | + | VeraBank, N.A., c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, Texas 75701-9779 |
| 11916817 | + | Vielma Vision Eyecare Inc., WELLS FARGO BANK, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | | |
| | | | Jun 01 2021 21:26:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 11916796 | + | EDI: CAPITALONE.COM | | |
| | | | Jun 02 2021 01:23:00 | Capital One, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 11916795 | | EDI: CAPITALONE.COM | | |

| District/off: 0541-6 | User: JosephWel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: 309C | Total Noticed: 40 |

| | | Jun 02 2021 01:23:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|
| 11916810 | + Email/Text: newbk@Regions.com | Jun 01 2021 21:26:00 | Regions Bank, PO Box 11007, Birmingham, AL 35288-0001 |
| 11916818 | + EDI: WFFC.COM | Jun 02 2021 01:23:00 | WELLS FARGO BANK, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brendon D Singh | on behalf of Trustee Randy Williams Bsingh@ts-llp.com ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net |
| Bruce J Ruzinsky | on behalf of Creditor Capital One  N.A. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| John S Mayer | on behalf of Creditor Newtek Small Business Finance  LLC jmayer@rossbanks.com |
| Scott A Ritcheson | on behalf of Creditor VeraBank  N.A. f/k/a Citizens National Bank scottr@rllawfirm.net, andreah@rllawfirm.net;mistyb@rllawfirm.net |
| Tara LeDay | on behalf of Creditor Freestone County tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;jdale@mvbalaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 7